# MARYLAND PAROLE COMMISSION
## Parole Recommendation/Decision

☐ Amended Decision  
☐ New Decision  
☐ Addendum (See Attached) _FILED_  
☐ Administrative Review _ENTERED_  
_RECEIVED_

Offender: Stephen Davidson  Number: 362662  Correctional Facility: JCI  Date Heard: 3/2/14  H.O./Commissioner(s): Harnett

AUG 4 2014

☒ Public Safety Risk Assessment ☐ Uniform Sex Off. Policy (USOP) ☐ Other ___ ☐ Commission/Life Case (Non-Appealable)

AT BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Offense(s): Burglary 1st, Credit Card (Bots)  MSR Date: 5/14/15
Sentence (Agg.): 10 yrs  Begins: 3/17/09  Max. Exp. Date: 3/17/19
Hearing No.: 1  PSRA/USOP/OTHER Table: B  Risk Assessment Category: ☐I ☒II ☐III ☐IV  Guideline Range: Months 61 to 66

The following factors and information shall be considered in determining whether you, the inmate, are suitable for parole: The circumstances surrounding the crime; the physical, mental, and moral qualifications of the inmate; the progress of the inmate during confinement, including the academic progress of the inmate in the mandatory education program required under § 22-102 of the Education Article; whether there is reasonable probability that the inmate, released on parole, will remain at liberty without violating the law; whether release of the inmate on parole is compatible with the welfare of society; a updated Victim Impact Statement or recommendation prepared under § 7-801, the Correctional Services Article; any recommendation made by the sentencing judge at the time of sentencing; any information that is presented to a Commissioner at a meeting with the victim; and any testimony presented to the Commission by the victim or the victim's designated representative under § 7-801 of the Correctional Services Article.

**HEARING OFFICER RECOMMENDATION/COMMISSION DECISION:** Approve Delayed Release 9/14

☒ Within Policy Guidelines ☐ Above Policy Guidelines ☐ Below Policy Guidelines (See Rationale/Remarks if Above or Below)

**Contingencies to be met prior to Parole:**
- ☐ Substance Abuse Treatment
- ☐ Work Release
- ☐ Home Detention
- ☒ Education: Complete any cognitive groups available
- ☐ Mental Health Treatment
- ☒ Other: good adjustment, verified home plan

**Re-Hearing Recommendations:**
- ☐ Work Release
- ☐ Progression to Lesser Security
- ☐ Education
- ☐ Vocational Training
- ☐ Substance Abuse Treatment
- ☐ Other

**Special Condition(s) After Release:**
- ☐ Substance Abuse Treatment
- ☐ Mental Health Treatment
- ☐ No Contact with Victim or Family
- ☐ Sex Offender Treatment
- ☐ Other

**Administrative Refusal/Hold For:**
- ☐ Open Charge(s) — Case Number(s)
- ☐ Detainer(s) — Case Number(s)
- ☐ Psychological Evaluation
- ☐ Pre-Sentence Investigation
- ☐ State's Version of Offense(s)
- ☐ Other

Attendees: Runstein, CCMII  Date(s) of Offense(s): ___

Rationale/Remarks: Subject denies substance abuse issues, has some prior convictions involving theft and similar offenses. He has high school diploma and some college, has not incurred any infractions but could benefit from participation in some cognitive programming prior to release.

Signature of Commissioner(s)/Hearing Officer and Date: Ron Harnett 3/21/14

**PAROLE COMMISSIONER'S REVIEW**

☒ RECOMMENDATION ADOPTED. NOTICE: You have five (5) days from the last date shown below in which to appeal the decision using forms which may be obtained from the Institutional Parole Associate/Parole Agent. (Appealable)

☐ ADMINISTRATIVE REFUSAL, ADMINISTRATIVE REVIEW, OR HOLD. (Non-Appealable)

☐ RECOMMENDATION DISAPPROVED. NOTICE: Your case has been referred to an Appellate Panel for final review (Non-Appealable). You will receive a written decision from the Appellate Panel.

☐ REMANDED TO HEARING OFFICER FOR IMMEDIATE RECOMMENDATION. (Non-Appealable)

**COMMISSIONER'S REMARKS:** ___

Signature of Commissioner and Date: [signature] 3/25/14

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT a copy of the above decision was served upon the inmate whose name appears by delivering the same to said inmate personally this 25 day of April, 2014.

Signature of Offender: [signature] 362662  Signature of Institutional Parole Associate/Parole Agent: [signature]

MPC-35 (Revised 3/10)  WHITE — Offender  CANARY — Correctional Facility  PINK — Parole Commission (Certified)  GOLD — Parole Commission

SITE: BCBIC
COMPLETED BY: Vodera Harley     (07/10/2014 2:44 PM) 07/16/2014 10:23 AM

# X-RAY REQUISITION

Patient name: STEPHEN DAVIDSON
Address:     JCI
             , F,C,318,S
             77181

**Fasting:**
**Call results:**

**Instructions:**    Please take this requisition to the X_Ray department.

| CPT | Order | Dx Code | Diagnosis |
|---|---|---|---|
| 72100 | Rad Exam Spine Lumbosacr; Ap & | 340 | Multiple Sclerosis |
| 73500 | Rad Exam Hip; Unilat 1 View | 340 | Multiple Sclerosis |

Ordered by:   Bolaji Onabajo, MD
Date:         (07/10/2014 2:44 PM) 07/16/2014 10:23 AM

---

**Interpreted by: Sudhir Kathuria, MD of**
**"S&L Readings"**
Date Exam Read: 7/15/14
Interpretation: L Hip
There is no evidence of an acute fracture, dislocation or subluxation.

---

1. Lumbar spine AP, lat

There are mild degenerative changes with small anterior osteophyte at L3-L4 and L4-L5 levels. Spine alignment is unremarkable.

### BON SECOURS BALTIMORE HEALTH SYSTEM

NAME:               DAVIDSON, STEPHEN         AGE:    55
MEDICAL REC NO:     1223559                   RM:
ADMISSION DATE:     09/15/11                  ACCT:   20551941
DISCHARGE DATE:                               DOB:    12/23/1955

### RADIOLOGY REPORT

MRI OF THE THORACIC SPINE 09/15/2011

INDICATION: Lower extremity weakness.

TECHNIQUE: Using a 1.5 Tesla magnet, T1-weighted, T1-weighted, and STIR sagittal images and T2-weighted axial images were acquired.

INTERPRETATION: Sagittal images show mild spondylosis at the C6-7 level. There is also mild disc bulging to left of midline at the T2-3 level, not displacing or compressing the spinal cord.

No other disc bulge or herniation is seen in the thoracic region. A benign vertebral hemangioma of T9 is noted. There is a small convexity of the inferior posterior margin of the T7 vertebral body, contacting but no displacing or compressing the spinal cord.

There are focal areas of abnormally increased signal intensity within the spinal cord itself, best seen on FLAIR images, and most prominent at the T7-8 and T9 through T11 levels. More questionable central increased T2 signal is seen in the upper thoracic spine, particularly at the T1 and T2 levels. The findings are highly suspicious for demyelinating disease. No cord expansion or atrophy is observed.

No central canal stenosis is seen. The nerve root canals are patent at all levels. No paravertebral mass or fluid collection is seen.

IMPRESSION:
1. Multifocal cord signal changes, more prominent in the lower thoracic spine, but also probable present in the upper thoracic spine, highly suspicious for demyelinating disease.
2. Cervical spondylosis at C6-7.
3. Minimal disc bulge on the left at T2-3, not impinging upon the spinal cord and nerve

9-27-13

## Webster's
## New Universal Unabridged
## Dictionary

Demyelinating: to obliterate or remove the myelin sheath from a nerve or nerves.

Demyelination: loss of myelin from the nerve sheaths as in multiple sclerosis.

Referring to BonSecours medical report page 1 of 2 impression: #1

STATE OF MARYLAND
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
MEDICAL / MENTAL HEALTH REPORT FOR INMATE ASSIGNMENTS

Attachment 1

Name: Davidson, Stephen    ID# 362662    DOC# 362662
DOB: 12/23/1955    AGE: 55    DOS: 2/23/11    UPDATED: __/__/__

MEDICAL ALERT: Cervical Disc Degeneration - Neuropathy
REASON: _____

INSTRUCTIONS: _____

## PROGRAM / JOB ASSIGNMENT

☐ Any Activity – May perform any type work and any strenuous sports

☒ Moderate Activity – Restricted from heavy lifting (50 pounds); No prolonged physical exertion (e.g. excessive running, climbing, manual use of heavy machines, etc.). Restrict from active sports. Acceptable: housekeeping, kitchen, laundry, etc.

☐ Light Activity – restricted from steady pace activity. No lifting over 20 pounds. Acceptable: sweeper runner, light gardening, clerical, etc.

☐ No Work Status – Not under any circumstances due to serious health conditions such as heart or terminal cancer. Self-limit physical activity.

## TRANSFER / HOUSING ASSIGNMENT

☐ Restricted

☐ Medical Hold – Evaluation in process, inmate should not be transferred.

☒ Special Housing – Inmate requires special housing:
    _X_ Single cell    ___ Lower bunk only    Close monitoring for: _____

☐ Main building only - Medications _____ Other: _____

☐ Transfer - Transfer is restricted to the following locations: _____

☐ Unrestricted

## THE RESRUCTIONS IN THIS REPORT ARE:

____ Permanent / Indefinite    ____ Temporary

Anticipated Date Restrictions(s) may be Removed: 02/23/12

Duration of Restriction Unknown: _____

ADDITIONAL INSTRUCTIONS / INFORMATION: Bottom Bunk X 1 year

Completed by Date: 02/23/11    Signature: B. Neal, PA-C / D. Baumgartner, N

DPSCS Form 130-100iR

(Policy / Procedure #254)

5